UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KRISTEN PALTZ,

        Plaintiff,

v.

ALLIANCE HEALTHCARE SERVICES, INC.,
LISA CONSIGLIO and RICHARD DEVANEY, in
their individual and professional capacities,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No.
3:21-cv-00020 (VAB)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kristen Paltz and Defendants Alliance Healthcare Services, Inc., Lisa Consiglio, and Richard Devaney, through undersigned counsel, stipulate to the dismissal of the above-captioned action with prejudice, and with each party to bear its own costs and fees.

Respectfully submitted,

| **WIGDOR LLP** | **McGUIREWOODS LLP** |
|---|---|
| By: */s/ Lawrence M. Pearson* (with permission) | By: */s/ Adam T. Simons* |
| Lawrence M. Pearson | Adam T. Simons |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Lindsay M. Goldbrum | 500 East Pratt Street, Suite 1000 |
| (admitted *pro hac vice*) | Baltimore, Maryland 21202 |
| 85 Fifth Avenue | Telephone: 410-659-4417 |
| New York, NY 10003 | Fax: 410-659-4484 |
| Telephone: (212) 257-6800 | asimons@mcguirewoods.com |
| Facsimile: (212) 257-6845 | |
| lpearson@wigdorlaw.com | **CARMODY TORRANCE SANDAK &** |
| lgoldbrum@wigdorlaw.com | **HENNESSEY LLP** |
| | |
| **MADSEN, PRESTLEY & PARENTEAU, LLC** | Ann H. Rubin (CT 04486) |
| | 50 Leavenworth Street |
| | Waterbury, CT 06702 |

William G. Madsen (CT 09853)
402 Asylum Street
Hartford, CT 06103
Telephone: (860) 246-2466
Fax: (860) 246-1794
wmadsen@mppjustice.com

*Counsel for Plaintiff*

Telephone: 203-578-4201
Fax: 203-575-2600
ARubin@carmodylaw.com

*Counsel for Defendants*